| Borrower/Client | NA | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6343 Louisa Road | | | | File No. | 2008-363.A JK |
| City | Keswick | County | Albemarle | State | VA | Zip Code | 22974 |
| Lender | Client: Laurie Pace | | | | | |



## Date of Valuation

9/4/2008

6343 Louisa Road
Deed Book 1234, Page 397
Keswick, VA 22974

## For

Client: Laurie Pace

## TABLE OF CONTENTS

Invoice 2008-363 JK .................................................................................................................................................. 1
Summary of Salient Features ...................................................................................................................................... 2
USPAP Identification ................................................................................................................................................... 3
FIRREA/USPAP Addendum ....................................................................................................................................... 4
URAR .......................................................................................................................................................................... 5
Additional Comparables 4-6 ....................................................................................................................................... 7
General Text Addendum .............................................................................................................................................. 8
Statement of Limiting Conditions ............................................................................................................................... 9
Generic Map ............................................................................................................................................................... 11
Tax Assessor's Map .................................................................................................................................................... 12
Location Map .............................................................................................................................................................. 13
Scanned Building Sketch ........................................................................................................................................... 14
Subject Photos ........................................................................................................................................................... 15
Subject Photos ........................................................................................................................................................... 16
Subject Photos ........................................................................................................................................................... 17
Subject Photos ........................................................................................................................................................... 18
Subject Photos ........................................................................................................................................................... 19
Subject Photos ........................................................................................................................................................... 20
Comparable Photos 1-3 ............................................................................................................................................. 21
Comparable Photos 4-6 ............................................................................................................................................. 22

# SUMMARY OF SALIENT FEATURES

## SUBJECT INFORMATION

| | |
|---|---|
| Subject Address | 6343 Louisa Road |
| Legal Description | Deed Book 1234, Page 397 |
| City | Keswick |
| County | Albemarle |
| State | VA |
| Zip Code | 22974 |
| Census Tract | 104 |
| Map Reference | 66-13 |

## SALES PRICE

| | |
|---|---|
| Sale Price | $ NA |
| Date of Sale | N/A |

## CLIENT

| | |
|---|---|
| Borrower / Client | NA |
| Lender | Client: Laurie Pace |

## DESCRIPTION OF IMPROVEMENTS

| | |
|---|---|
| Size (Square Feet) | 3,570 |
| Price per Square Foot | $ |
| Location | Good |
| Age | 100+/- |
| Condition | Remod/Good |
| Total Rooms | 10 |
| Bedrooms | 4 |
| Baths | 2 |

## APPRAISER

| | |
|---|---|
| Appraiser | James M. Kennedy |
| Date of Appraised Value | 9/4/2008 |

## VALUE

| | |
|---|---|
| Final Estimate of Value | $ 1,095,000 |

| | |
|---|---|
| Borrower  NA | File No. 2008-363.A JK |
| Property Address  6343 Louisa Road | |
| City  Keswick   County  Albemarle   State VA   Zip Code 22974 | |
| Lender  Client: Laurie Pace | |

# APPRAISAL AND REPORT IDENTIFICATION

This appraisal conforms to one of the following definitions:

☒ **Complete Appraisal** (The act or process of estimating value, or an opinion of value, performed without invoking the Departure Rule.)

☐ **Limited Appraisal** (The act or process of estimating value, or an opinion of value, performed under and resulting from invoking the Departure Rule.)

This report is one of the following types:

☐ **Self Contained** (A written report prepared under Standards Rule 2-2(a) of a Complete or Limited Appraisal performed under STANDARD 1.)

☒ **Summary** (A written report prepared under Standards Rule 2-2(b) of a Complete or Limited Appraisal performed under STANDARD 1.)

☐ **Restricted** (A written report prepared under Standards Rule 2-2(c) of a Complete or Limited Appraisal performed under STANDARD 1, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:

☐ The statements of fact contained in this report are true and correct.
☐ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions and conclusions.
☐ I have no (or the specified) present or prospective interest in the property that is the subject of this report, and no (or the specified) personal interest with respect to the parties involved.
☐ I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
☐ My engagement in this assignment was not contingent upon developing or reporting predetermined results.
☐ My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
☐ My analyses, opinions and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
☐ I have (or have not) made a personal inspection of the property that is the subject of this report.
☐ No one provided significant real property appraisal assistance to the person signing this certification. (If there are exceptions, the name of each individual providing significant real property appraisal assistance must be stated.)

## Comments on Appraisal and Report Identification
Note any departures from Standards Rules 1-3 and 1-4, plus any USPAP-related issues requiring disclosure:
No departures.

**APPRAISER:**
Signature:
Name:  James M. Kennedy
Date Signed:
State Certification #:
or State License #:  4001 000567
State:  VA
Expiration Date of Certification or License:  11/30/2009

**SUPERVISORY APPRAISER (only if required):**
Signature:
Name:  Sean B. Mcoy
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:

☐ Did   ☒ Did Not   Inspect Property

# FIRREA / USPAP ADDENDUM

Borrower  NA
Property Address  6343 Louisa Road
City  Keswick                    County  Albemarle              State  VA          Zip Code  22974
Lender/Client  Client: Laurie Pace

## Purpose
The purpose of this appraisal is to estimate the market value of the subject property. Market value is as defined by FNMA, FHLMA & FIRREA. The function of this appraisal is to assist the lender in making underwriting decisions concerning the risks associated with a residential mortgage loan.

## Scope
A physical inspection of the subject property and a visual overview inspection of the neighborhood has been made by the appraiser. I have obtained data or information from public and private sources that are deemed reliable. Each sale has been verified with the sources noted on the appraisal. The opinions and analysis of the appraiser are based on my education, experience and knowledge concerning the type of property noted in this report. The appraiser is not responsible for any omission of facts in public records or facts that could not be determined in my normal investigation. The appraiser who's signature appears on this report has sufficient education, experience and knowledge to appraise this type of real estate. No other person has provided significant professional assistance to during the preparation of this report.

## Intended Use / Intended User
Intended use: the use or uses of an appraiser's reported appraisal, consulting or review assignment opinions and conclusions as identified by the appraiser based on communications with the client at time of engagement.

Intended user: the client and any other party as identified by name or type as users of the appraisal, consulting or review by the appraiser based on communications with the client at time of engagement.

## History of Property
Current listing information:   The subject property was listed for sale at time of inspection.

Prior sale:   The subject has not transferred in the last 36 months.

## Exposure Time / Marketing Time
The appraiser estimates that a reasonable marketing time for the subject property is 6 months. This is consistent with the estimated marketing time noted.

## Personal (non-realty) Transfers
No personal property was included in the final value estimated for the subject.

## Additional Comments
This appraisal was prepared with photo imaging technology and not traditional 35mm photography. These images have not been altered in any way.
This report may contain digital signatures. This type of signature meets the requirements of the Uniform Standards of Professional Appraisal Practice (USPAP). The software program used to generate this digital signature is password protected. The appraiser has sole control over affixing his/her digital signature to a report. The appraisal report can not be modified without the permission of every appraiser who has signed this report. Electronically affixing a signature to a report carries the same level of authenticity and responsibility as a traditional signature.

## Certification Supplement
1.  This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or an approval of a loan.
2.  My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result or the occurrence of a subsequent event.

Appraiser(s): James M. Kennedy                              Supervisory Appraiser(s): Sean B. Mcoy
Effective date / Report date:               9/4/2008                Effective date / Report date:

# UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. 2008-363.A JK

## SUBJECT

| | | | |
|---|---|---|---|
| Property Address 6343 Louisa Road | City Keswick | State VA | Zip Code 22974 |
| Legal Description Deed Book 1234, Page 397 | | County Albemarle | |
| Assessor's Parcel No. 66-13 | Tax Year 2008 | R.E. Taxes $ 4,584.96 | Special Assessments $ 0.00 |
| Borrower NA | Current Owner Pace, Laurie | Occupant: ☒ Owner ☐ Tenant ☐ Vacant | |
| Property rights appraised ☒ Fee Simple ☐ Leasehold | Project Type ☐ PUD ☐ Condominium (HUD/VA only) | HOA $ N/A | /Mo. |
| Neighborhood or Project Name Albemarle County | Map Reference 66-13 | Census Tract 104 | |
| Sale Price $ NA | Date of Sale N/A | Description & amount of loan charges/concessions to be paid by seller N/A | |
| Lender/Client: Client: Laurie Pace | Address | | |
| Appraiser James M. Kennedy | Address PO Box 2523, Charlottesville, VA 22902-2523 | | |

## NEIGHBORHOOD

| Location | ☐ Urban ☒ Suburban ☐ Rural | Predominant occupancy | Single family housing | | Present land use % | Land use change |
|---|---|---|---|---|---|---|
| | | | PRICE $(000) | AGE (yrs) | | |
| Built up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | ☒ Owner | | | One family 75 | ☒ Not likely ☐ Likely |
| Growth rate | ☐ Rapid ☒ Stable ☐ Slow | ☐ Tenant | 300 Low New | | 2-4 family | ☐ In process |
| Property values | ☐ Increasing ☒ Stable ☐ Declining | ☒ Vacant (0-5%) | 6M High 150+ | | Multi-family | To: |
| Demand/supply | ☐ Shortage ☒ In balance ☐ Over supply | ☐ Vac.(over 5%) | Predominant | | Commercial | |
| Marketing time | ☐ Under 3 mos. ☒ 3-6 mos. ☐ Over 6 mos. | | 1.5 M 50+ | | Vacant 25 | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics:   The subject's immediate neighborhood is considered to be the Keswick/Cismont area, located in the northeast quadrant of Albemarle County. All of the properties in this area are well maintained, many have equestrian interests.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.):
The market appeal of properties in this area has historically been good. There is easy access to Charlottesville by way of Louisa Road (Route 22), proximity to employment is good and employment stability is good. The neighborhood consists of a mix of styles of homes, many of which are older estate homes, or new custom designed properties. The subject site size, house, and amenities fit well in this market segment.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.):
There is an adequate supply of mortgage money at competitive rates. Sales concessions or interest rate buydowns are not common in the subject market segment. During the past 12 months property values have remained stable, but marketing times have increased, to approximately 6-8 months. Though there are other properties in the area which are in the subject's market segment, none of these have recently been offered for sale.

## PUD

Project Information for PUDs (if applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)?   ☐ Yes   ☐ No N/A
Approximate total number of units in the subject project _____   Approximate total number of units for sale in the subject project _____
Describe common elements and recreational facilities:

## SITE

| | | | |
|---|---|---|---|
| Dimensions   A survey was unavailable. | | Topography | Rolling-Good |
| Site area   22.549 Ac. | Corner Lot ☐ Yes ☒ No | Size | Good/from Tax Rec. |
| Specific zoning classification and description   RA-Residential | | Shape | Good Utility |
| Zoning compliance ☒ Legal ☐ Legal nonconforming (Grandfathered use) ☐ Illegal ☐ No zoning | | Drainage | Appears Adequate |
| Highest & best use as improved: ☒ Present use ☐ Other use (explain) | | View | Wooded/Private/Good |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Street | Macadam | ☒ | | Landscaping | Attractive |
| Gas | | Private-Typical | Curb/gutter | None-Typical | | | Driveway Surface | Gravel |
| Water | | Well-Typical | Sidewalk | None-Typical | | | Apparent easements None Apparent | |
| Sanitary sewer | | Septic-typical | Street lights | None-Typical | | | FEMA Special Flood Hazard Area ☐ Yes ☒ No | |
| Storm sewer | | None -Typical | Alley | None-Typical | | | FEMA Zone  Zone C   Map Date 4/2/90 | |
| | | | | | | | FEMA Map No.  510006 | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.):   The subject site is typically sized and graded for the neighborhood, and landscaping is attractive. Site improvements: a riding ring, several paddocks, run-in shed, small outbuilding, kennel, horse barn with attached guest apartment.

## DESCRIPTION OF IMPROVEMENTS

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | One | Foundation | Brk/CMU | Slab | None | Area Sq. Ft. | | Roof | |
| No. of Stories | Two | Exterior Walls | Wood LapBrd | Crawl Space | Yes | % Finished | N/A | Ceiling | ☒ |
| Type (Det./Att.) | Detached | Roof Surface | Cmp.Shngl | Basement | None | Ceiling | | Walls | ☒ |
| Design (Style) | Traditional | Gutters & Dwnspts. | Metal | Sump Pump | N/A | Walls | | Floor | ☒ |
| Existing/Proposed | Existing | Window Type | Dble.Hng. | Dampness | None | Floor | | None | |
| Age (Yrs.) | 100+/- | Storm/Screens | Yes/Yes | Settlement | None | Outside Entry | | Unknown R-Value | ☒ |
| Effective Age (Yrs.) | 20 | Manufactured House | No | Infestation | None Noted | | | Assumed Typical | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | |
| Level 1 | X | 1 | 1 | 1 | | 1 | | | | | 2 | 1,870 |
| Level 2 | | | | | | | 2 | 4 | 2 | X | | 1,700 |

Finished area above grade contains:   10 Rooms;   4 Bedroom(s);   2 Bath(s);   3,570 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Hrdwd,Tile | Type | BaseBD | Refrigerator | ☒ | None | | Fireplace(s) # 6 | ☒ | None | ☐ |
| Walls | Plaster/Drywall | Fuel | Electric | Range/Oven | ☒ | Stairs | | Patio  Side | ☒ | Garage | # of cars |
| Trim/Finish | Wd/Pnt&Stain | Condition | Good | Disposal | | Drop Stair | | Deck  Side | ☒ | Attached | |
| Bath Floor | C.Tile/Carpet | COOLING | | Dishwasher | ☒ | Scuttle | | Porch  Front | ☒ | Detached | |
| Bath Wainscot | C. Tile/Fiberglass | Central | None | Fan/Hood | ☒ | Floor | | Fence  Paddocks | ☒ | Built-In | |
| Doors | 6 Panel-Wood | Other | Wnd Unit | Microwave | ☒ | Heated | | Pool | | Carport | |
| All in good condition | | Condition | Good | Washer/Dryer | ☒ | Finished | | Outbuildings | ☒ | Driveway | Ample |

## COMMENTS

Additional features (special energy efficient items, etc.):   Good quality workmanship and materials throughout. In addition to the main house there is a 9 x 30 studio; a dog kennel; 78 x 36 horse barn with 10 stalls, a wash stall and tack room; and a 576 sf guest cottage; riding arena.

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.:   The subject is in good condition. No needed repairs were noted. There are no physical, functional, or external inadequacies. The main house was renovated 1984 and in 1992. The barn, guest cottage and riding arena were built in 1992. The house design and outbuildings should have strong appeal in this market segment.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.:   Though assuming no expertise, the appraiser notes no environmental problems  during the inspection and research of the property.

| | | |
|---|---|---|
| Freddie Mac Form 70 6/93 | PAGE 1 OF 2 | Fannie Mae Form 1004 6/93 |
| | Form UA2 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE | |

# UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. 2008-363.A JK

**Valuation Section**

## COST APPROACH

| | | |
|---|---|---|
| ESTIMATED SITE VALUE .........22.549 | = $ 397,000 | Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated economic life of the property):  Due to the age of the subject, the Cost Approach is not a reliable value indicator, and is not considered. |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | | |
| Dwelling    3,570  Sq. Ft. @ $   180.00  = $ 642,600 | | |
| Sq. Ft. @ $ _____ = | | |
| Barn; Cottage/Studio;Stable;Decks;Shed   = | 346,400 | The estimated remaining economic life 70 years. |
| Garage/Carport .... Sq. Ft. @ $ _____ = | | |
| Total Estimated Cost New ................. = $ | 989,000 | |
| Less   Physical    Functional    External | | |
| Depreciation       282,557 | = $ 282,557 | |
| Depreciated Value of Improvements ................. = $ | 706,443 | |
| "As-is" Value of Site Improvements   Pdcks;Fence;Ring ..... = $ | 51,000 | |
| INDICATED VALUE BY COST APPROACH ................. = $ | 1,154,443 | |

## SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | +(−)$ Adjust. | COMPARABLE NO. 2 | +(−)$ Adjust. | COMPARABLE NO. 3 | +(−)$ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 6343 Louisa Road  Keswick/Albemarle County | 8048 Batesville Road  Afton/Albemarle County | | 309 Pelham Drive  Keswick/Louisa County | | 1716 Union Mills Road  Keswick/Albemarle County | |
| Proximity to Subject | | 28.68 miles | | 5.94 miles | | 9.22 miles | |
| Sales Price | $ NA | $ 930,000 | | $ 1,075,000 | | $ 599,000 | |
| Price/Gross Living Area | $ | $ 339.29 | | $ 261.49 | | $ 196.65 | |
| Data and/or | Inspection | MLS/Public Records | | MLS/Public Records | | MLS/Public Records | |
| Verification Source | File# 2005-215 | File# 2008- | | File# 2008- | | File# 2008- | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | | DESCRIPTION | | DESCRIPTION | |
| Sales or Financing Concessions | | Conven; No  Concessn; Clsd | | Conven; No  Concessn; Clsd | | Conven; No  Concessn; Clsd | |
| Date of Sale/Time | | 4/28/2008 | | 1/31/2008 | | 8/01/2008 | |
| Location | Good | Good | | Good | | Good | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 22.549 Ac. | 24.72 Ac. | | 26.27 Ac. | | 6.07 Ac. | +247,200 |
| View | Good/Private | Good/Private | | Good/Private | | Infer/NegRd(10%) | +60,000 |
| Design and Appeal | Traditional | Traditional | | Traditional | | Traditional | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Age | 100+/− | 100+/− | | 130+/− | | 68+/− | |
| Condition | Remod/Good | Remod/Good | | Remod/Good | | Remod/Good | |
| Above Grade    Total  Bdrms  Baths | 10   4   2 | Total  Bdrms  Baths  8    4    3 | −2,000 | Total  Bdrms  Baths  10   5   3.5 | −3,000 | Total  Bdrms  Baths  9    4    3 | −2,000 |
| Room Count | | | | | | | |
| Gross Living Area | 3,570 Sq. Ft. | 2,741 Sq. Ft. | +49,740 | 4,111 Sq. Ft. | −32,460 | 3,046 Sq. Ft. | +31,440 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | El BB/No CAC | F.Air/CAC | −10,000 | F.Air/CAC | −10,000 | F.Air/CAC | −10,000 |
| Energy Efficient Items | Typical Features | Typical Features | | Typical Features | | Typical Features | |
| Garage/Carport | None | None | | None | | None | |
| Porch, Patio, Deck, Fireplace(s), etc. | Porch; Deck; Patio  6 FP | Porch; Deck; Patio  1 FP | +10,000 | Porch; Deck; Patio  5 FP | +2,000 | Porch; Deck; Patio  2 FP | +8,000 |
| Fence, Pool, etc. | RidingRng/Paddks | None | +45,000 | Paddocks | +15,000 | Paddock | +15,000 |
| Other | Barn/Guest/Outbld | Hay Barn, Shed | +112,500 | 2Brn;Cottg/ Inferior | +67,500 | SmlBarn Shed/Infer | +112,500 |
| Net Adj. (total) | | ☒ + ☐ − $ 205,240 | | ☒ + ☐ − $ 39,040 | | ☒ + ☐ − $ 462,140 | |
| Adjusted Sales Price of Comparable | | Net 22.1 %  Gross 24.6 % $ 1,135,240 | | Net 3.6 %  Gross 12.1 % $ 1,114,040 | | Net 77.2 %  Gross 81.2 % $ 1,061,140 | |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.):   The sales provided were chosen after a search, going back 18 months, in the CAAR MLS and Public Records, for properties in the subject's market segment.  These comparables  are  the strongest value indicators for the subject.  Due to the variety of differences between each property and the subject, one sale is not given the most weight.  The subject's value is estimated above the mid point of the indicated value range.  See Attached Comments.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | No Previous Sale within 36 months of the appraisal | No Previous Sale within 36 months of the appraisal | No Previous Sale within 36 months of the appraisal | No Previous Sale within 36 months of the appraisal |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal:  The subject was not listed at the time of inspection and has not transferred within the past 3 years.  No personal property items are included in the appraised value.

INDICATED VALUE BY SALES COMPARISON APPROACH ................................. $ 1,095,000

INDICATED VALUE BY INCOME APPROACH (If Applicable)    Estimated Market Rent  $ _____ /Mo. x Gross Rent Multiplier _____ = $ _____

This appraisal is made ☒ "as is"  ☐ subject to the repairs, alterations, inspections or conditions listed below  ☐ subject to completion per plans & specifications.

Conditions of Appraisal:  No special conditions apply.  See attached addendum.

## RECONCILIATION

Final Reconciliation:  The Sales Approach was weighed most heavily in the valuation.  The Cost Approach is typically not very reliable for older houses such as the subject.  The Income Approach could not be used due to the lack of rental data.  After considering the subject's strong appeal design, quality, and location, its value tends toward the midpoint of the indicated value range.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac form 439/FNMA form 1004B (Revised   6/2002   ).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF   9/4/2008 
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE  $ 1,095,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): | |
|---|---|---|
| Signature | Signature | ☐ Did  ☒ Did Not |
| Name  James M. Kennedy | Name  Sean B. Mcoy | Inspect Property |
| Date Report Signed | Date Report Signed | |
| State Certification # | State Certification # | State |
| Or State License #   4001 000567 | State  VA | Or State License #  State |

Form UA2 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

# UNIFORM RESIDENTIAL APPRAISAL REPORT
## MARKET DATA ANALYSIS

These recent sales of properties are most similar and proximate to subject and have been considered in the market analysis. The description includes a dollar adjustment, reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (−) adjustment is made, thus reducing the indicated value of the subject. If a significant item in the comparable is inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.

| ITEM | SUBJECT | COMPARABLE NO. 4 | +(−)$ Adjust. | COMPARABLE NO. 5 | +(−)$ Adjust. | COMPARABLE NO. 6 | +(−)$ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 6343 Louisa Road Keswick/Albemarle County | 340 Greenway Farm Place Afton/Albemarle County | | | | | |
| Proximity to Subject | | 30.17 miles | | | | | |
| Sales Price | $ NA | $ 995,000 | | $ | | $ | |
| Price/Gross Living Area | $ | $ 356.12 | | $ | | $ | |
| Data and/or Verification Sources | Inspection File# 2005-215 | MLS/Public Records File# 2008- | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing Concessions | | LISTING | | | | | |
| Date of Sale/Time | | List Date 9/1/08 | | | | | |
| Location | Good | Good | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 22.549 Ac. | 21.00 Ac. | | | | | |
| View | Good/Private | Good/Private | | | | | |
| Design and Appeal | Traditional | Traditional | | | | | |
| Quality of Construction | Good | Good | | | | | |
| Age | 100+/- | 130+/- | | | | | |
| Condition | Remod/Good | Remod/Good | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 10 4 2 | 8 4 2.5 | -1,000 | | | | |
| Gross Living Area | 3,570 Sq. Ft. | 2,794 Sq. Ft. | +46,560 | Sq. Ft. | 0 | Sq. Ft. | 0 |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | N/A | N/A | | | | | |
| Functional Utility | Good | Good | | | | | |
| Heating/Cooling | El BB/No CAC | HWRad/NoCAC | | | | | |
| Energy Efficient Items | Typical Features | Typical Features | | | | | |
| Garage/Carport | None | None | | | | | |
| Porch, Patio, Deck, Fireplace(s), etc. | Porch; Deck; Patio 6 FP | Porch; Deck; Patio 4 FP | +4,000 | | | | |
| Fence, Pool, etc. | RidingRng/Paddks | Pool/Pool Hse | Off-Set Values | | | | |
| Other | Barn/Guest/Outbld | Brns;Cottg;Studio | | | | | |
| Net Adj. (total) | | ☒ + − $ | 49,560 | ☐ + − $ | | ☐ + − $ | |
| Adjusted Sales Price of Comparable | | Net 5.0 % Gross 5.2 % $ | 1,044,560 | Net % Gross % $ | | Net % Gross % $ | |
| Date, Price and Data Source for prior sales within year of appraisal | No Previous Sale within 36 months of the appraisal | No Previous Sale within 36 months of the appraisal | | | | | |

Comments:

Market Data Analysis 6-93

**Supplemental Addendum**

File No.    2008-363.A JK

| | | | | |
|---|---|---|---|---|
| Borrower/Client   NA | | | | |
| Property Address   6343 Louisa Road | | | | |
| City   Keswick | County  Albemarle | State  VA | | Zip Code  22974 |
| Lender    Client: Laurie Pace | | | | |

**Comments on Sales Comparables:**

The comparables provided are the most recent sales which have occurred in the subject's market segment.  There are properties more like the subject found throughout Albemarle County, but none of these have recently been offered for sale.  The market demand for these properties has remained stable since very few are ever on the market at any point in time.

It is recognized that the comparables have larger differences than preferred, care was taken to account for these differences.  After making adjustments for the most significant items, the resulting value range was reviewed.  Next, a general comparison was made of the more subjective items which are difficult to extract from the market as dollar or percentage amounts.  Sale 1 has similar quality, but less amenities. Sale 2 has superior dwelling appeal, and is also inferior for site improvements. Sale 3 is the weakest comparable, it has similar dwelling appeal, but a much smaller site and no amenities. Comparable 4 is a current listing. It was recently put on the market for $995,000. Previously it was listed for 2 years at a much higher price of $1,600,000. The current list price seems more in line with the market.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

> * Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

# STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

Kennedy & Associates (434)977-2805
Form ACR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1.  I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation.  If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than, the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2.  I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report.  I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3.  I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4.  I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5.  I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6.  I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7.  I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8.  I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9.  I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report.  I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:**   If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**   6343 Louisa Road, Keswick, VA 22974

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: | Signature: |
| Name:  James M. Kennedy | Name:  Sean B. Mcoy |
| Date Signed: | Date Signed: |
| State Certification #: | State Certification #: |
| or State License #:  4001 000567 | or State License #: |
| State:  VA | State: |
| Expiration Date of Certification or License:  01/30/2009 | Expiration Date of Certification or License: |
| | ☐ Did      ☒ Did Not Inspect Property |

James M. Kennedy
Lic. No. 4001 000587

COMMONWEALTH OF VIRGINIA
LICENSED RESIDENTIAL REAL ESTATE APPRAISER

Form ACR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Subject Site Value-Sales Grid

| | |
|---|---|
| Borrower/Client | NA |
| Property Address | 6343 Louisa Road |
| City  Keswick | County  Albemarle    State  VA    Zip Code  22974 |
| Lender    Client: Laurie Pace | |

Vacant Land Value

| | Subject | Sale B | Sale E | Listing D | Listing C |
|---|---|---|---|---|---|
| Tax Map | TM 66-13 | TX 22-15B | TM 87-16B | TM 47-35E | TM 43-29D |
| Location | Albemarle County | Albemarle County | Albemarle County | Albemarle County | Albemarle County |
| Date of Sale | NA | 11/2/2007 | 3/23/2008 | 5/31/2007 (List Paid) | 8/23/2008 (List Price) |
| Sale Price | Not included | $ 360,000 | $ 23,000 | $ 395,000 | $ 602,000 |
| Improvements | None | None | None | None | Cottage  $ 150,000 |
| Value to Land | | $ 360,000 | $ 23,000 | $ 395,000 | $ 452,000 |
| Site Size (Acres) | 22.55 | 26.21 | 21.00 | 22.80 | 23.30 |
| Price / Acre | | $ 13,720 | $ 23,000 | $ 17,325 | $ 18,992 |
| Adjustments: | | | | | |
| Property Rights | Fee Simple | 0% Fee Simple | 0% Fee Simple | 0% Fee Simple | 0% Fee Simple |
| Financing | None | 0% None | 0% None | 0% None | 0% None |
| Market Conditions | Current | 0% Current | 0% Current | 0% Current | 0% Current |
| Adjustments: | | 0% | 0% | 0% | 0% |
| Price / Acre | | $ 13,720 | $ 23,000 | $ 17,325 | $ 18,992 |
| Location | Good | 20% Interior | 0% Similar | 0% Similar | 0% Similar |
| Views/Setting | Wooded/Pasture | 0% Similar | -20% Superior | 0% Superior | -20% Superior |
| Topography | Rolling | 0% Similar | 0% Similar | 0% Similar | 0% Similar |
| Shape | Irreg/Good | 0% Similar | 0% Irreg/Infer | 10% Irreg/Infer | 0% Similar |
| Road Frontage | Public Road | 0% Similar | 0% Similar | 0% Similar | 0% Similar |
| Utilities | Private | 0% Private | 0% Private | 0% Private | 0% Similar |
| Zoning | R-A | 0% R-A | 0% R-A | 0% R-A | 0% Private  R-A |
| Net Adjustments | | 20% | -20% | 10% | -20% |
| Price / Acre | | $ 16,463 | $ 20,000 | $ 19,05* | $ 15,193 |

Average: $ 17,678
Midpoint: $ 17,897

$ 13,600  tends toward Sales 1 and 2
22.55
306,862
397,000

Rounded  $ 397,000

C:\Documents and Settings\James\Desktop\Appraisals an ipong\Tin Have Farm\Tin Have Farm

Page 1

**Tax Assessor's Map**

| Borrower/Client   NA | | | |
|---|---|---|---|
| Property Address  6343 Louisa Road | | | |
| City   Keswick | County   Albemarle | State   VA | Zip Code   22974 |
| Lender    Client: Laurie Pace | | | |



**Albemarle County**

Tax Map: 066

# Location Map

File No. 2008-363.A JK| Page #13

| | | | |
|---|---|---|---|
| Borrower/Client | NA | | |
| Property Address | 6343 Louisa Road | | |
| City  Keswick | County  Albemarle | State  VA | Zip Code  22974 |
| Lender    Client: Laurie Pace | | | |





**Building Sketch**

## Subject Photo Page

| Borrower/Client | NA | | | | |
|---|---|---|---|---|---|
| Property Address | 6343 Louisa Road | | | | |
| City  Keswick | | County  Albemarle | | State  VA | Zip Code  22974 |
| Lender   Client: Laurie Pace | | | | | |



### Subject Front

6343 Louisa Road

| | |
|---|---|
| Sales Price | NA |
| Gross Living Area | 3,570 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | Good |
| View | Good/Private |
| Site | 22.549 Ac. |
| Quality | Good |
| Age | 100+/- |



### Subject Rear



### Subject Street

## Subject Photo Page-Main House Interior

| | |
|---|---|
| Borrower/Client   NA | |
| Property Address  6343 Louisa Road | |
| City   Keswick | County  Albemarle | State  VA | Zip Code  22974 |
| Lender   Client: Laurie Pace | |



6343 Louisa Road
Sales Price          NA
Gross Living Area    3,570
Total Rooms          10
Total Bedrooms       4
Total Bathrooms      2
Location             Good
View                 Good/Private
Site                 22.549 Ac.
Quality              Good
Age                  100+/-





## Subject Photo Page-Main House

| | | | |
|---|---|---|---|
| Borrower/Client  NA | | | |
| Property Address  6343 Louisa Road | | | |
| City  Keswick | County  Albemarle | State  VA | Zip Code  22974 |
| Lender    Client: Laurie Pace | | | |



6343 Louisa Road
Sales Price             NA
Gross Living Area       3,570
Total Rooms             10
Total Bedrooms          4
Total Bathrooms         2
Location                Good
View                    Good/Private
Site                    22.549 Ac.
Quality                 Good
Age                     100+/-





# Subject Photo Page

| | | | | |
|---|---|---|---|---|
| Borrower/Client  NA | | | | |
| Property Address  6343 Louisa Road | | | | |
| City  Keswick | County  Albemarle | State  VA | Zip Code  22974 | |
| Lender    Client: Laurie Pace | | | | |



### Stable Barn

| | |
|---|---|
| 6343 Louisa Road | |
| Sales Price | NA |
| Gross Living Area | 3,570 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | Good |
| View | Good/Private |
| Site | 22.549 Ac. |
| Quality | Good |
| Age | 100+/- |



### Attached Studio/Apartment



### Stable Barn Interior

## Subject Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client  NA | | | |
| Property Address  6343 Louisa Road | | | |
| City  Keswick | County  Albemarle | State  VA | Zip Code  22974 |
| Lender    Client: Laurie Pace | | | |



**Studio Interior**

6343 Louisa Road
| | |
|---|---|
| Sales Price | NA |
| Gross Living Area | 3,570 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | Good |
| View | Good/Private |
| Site | 22.549 Ac. |
| Quality | Good |
| Age | 100+/- |



**Interior**



**Interior**

## Subject Photo Page

| | |
|---|---|
| Borrower/Client   NA | |
| Property Address  6343 Louisa Road | |
| City   Keswick | County  Albemarle | State  VA | Zip Code  22974 |
| Lender    Client: Laurie Pace | |



### Stable & Office

| | |
|---|---|
| 6343 Louisa Road | |
| Sales Price | NA |
| Gross Living Area | 3,570 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | Good |
| View | Good/Private |
| Site | 22.549 Ac. |
| Quality | Good |
| Age | 100+/- |



### Riding Ring



### Paddocks

## Comparable Photo Page

| Borrower/Client   NA | | | |
|---|---|---|---|
| Property Address   6343 Louisa Road | | | |
| City   Keswick | County   Albemarle | State   VA | Zip Code   22974 |
| Lender    Client: Laurie Pace | | | |



### Comparable 1

8048 Batesville Road

| | |
|---|---|
| Prox. to Subject | 28.68 miles |
| Sale Price | 930,000 |
| Gross Living Area | 2,741 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | Good |
| View | Good/Private |
| Site | 24.72 Ac. |
| Quality | Good |
| Age | 100+/- |



### Comparable 2

309 Pelham Drive

| | |
|---|---|
| Prox. to Subject | 5.94 miles |
| Sale Price | 1,075,000 |
| Gross Living Area | 4,111 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3.5 |
| Location | Good |
| View | Good/Private |
| Site | 26.27 Ac. |
| Quality | Good |
| Age | 130+/- |



### Comparable 3

1716 Union Mills Road

| | |
|---|---|
| Prox. to Subject | 9.22 miles |
| Sale Price | 599,000 |
| Gross Living Area | 3,046 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | Good |
| View | Infer/NegRd(10%) |
| Site | 6.07 Ac. |
| Quality | Good |
| Age | 68+/- |

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client   NA | |
| Property Address   6343 Louisa Road | |
| City   Keswick          County   Albemarle          State   VA          Zip Code   22974 | |
| Lender    Client: Laurie Pace | |



### Comparable 4

340 Greenway Farm Place

| | |
|---|---|
| Prox. to Subject | 30.17 miles |
| Sale Price | 995,000 |
| Gross Living Area | 2,794 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | Good |
| View | Good/Private |
| Site | 21.00 Ac. |
| Quality | Good |
| Age | 130+/- |

### Comparable 5

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

### Comparable 6

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

| Borrower/Client | NA | | | | | | File No. | 2008-363.B JK |
|---|---|---|---|---|---|---|---|---|
| Property Address | Lot 1, Louisa Road | | | | | | | |
| City | Keswick | | County | Albemarle | | State | VA | Zip Code | 22974 |
| Lender | Client: Laurie Pace | | | | | | | |



### Date of Valuation

9/4/2008

Lot 1, Louisa Road
Lot 1 (2.33 ac) per attached survey
Keswick, VA 22974

### For

Client: Laurie Pace

## TABLE OF CONTENTS

FIRREA/USPAP Addendum .................................................................................................................................................. 1
Land ...................................................................................................................................................................................... 2
Statement of Limiting Conditions ....................................................................................................................................... 3
Location Map ........................................................................................................................................................................ 5
Survey Map ........................................................................................................................................................................... 6
Subject Photos ..................................................................................................................................................................... 7

# FIRREA / USPAP ADDENDUM

Borrower   NA
Property Address   Lot 1, Louisa Road
City   Keswick                    County   Albemarle                    State   VA                    Zip Code   22974
Lender/Client   Client: Laurie Pace

## Purpose

The purpose of this appraisal is to estimate the market value of the subject property. Market value is as defined by FNMA, FHLMA & FIRREA. The function of this appraisal is to assist the lender in making underwriting decisions concerning the risks associated with a residential mortgage loan.

## Scope

A physical inspection of the subject property and a visual overview inspection of the neighborhood has been made by the appraiser. I have obtained data or information from public and private sources that are deemed reliable. Each sale has been verified with the sources noted on the appraisal. The opinions and analysis of the appraiser are based on my education, experience and knowledge concerning the type of property noted in this report. The appraiser is not responsible for any omission of facts in public records or facts that could not be determined in my normal investigation. The appraiser who's signature appears on this report has sufficient education, experience and knowledge to appraise this type of real estate. No other person has provided significant professional assistance to during the preparation of this report.

## Intended Use / Intended User

Intended use: the use or uses of an appraiser's reported appraisal, consulting or review assignment opinions and conclusions as identified by the appraiser based on communications with the client at time of engagement.

Intended user: the client and any other party as identified by name or type as users of the appraisal, consulting or review by the appraiser based on communications with the client at time of engagement.

## History of Property

Current listing information:   The subject property was listed for sale at time of inspection.

Prior sale:   The subject has not transferred in the last 36 months.

## Exposure Time / Marketing Time

The appraiser estimates that a reasonable marketing time for the subject property is 6 months. This is consistent with the estimated marketing time noted.

## Personal (non-realty) Transfers

No personal property was included in the final value estimated for the subject.

## Additional Comments

This appraisal was prepared with photo imaging technology and not traditional 35mm photography. These images have not been altered in any way.

This report may contain digital signatures. This type of signature meets the requirements of the Uniform Standards of Professional Appraisal Practice (USPAP). The software program used to generate this digital signature is password protected. The appraiser has sole control over affixing his/her digital signature to a report. The appraisal report can not be modified without the permission of every appraiser who has signed this report. Electronically affixing a signature to a report carries the same level of authenticity and responsibility as a traditional signature.

## Certification Supplement

1. This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or an approval of a loan.

2. My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result or the occurrence of a subsequent event.

Appraiser(s):   James M. Kennedy                                    Supervisory Appraiser(s): _____
Effective date / Report date: _____ 9/4/2008 _____   Effective date / Report date: _____

# LAND APPRAISAL REPORT

File No. 2008-363,B JK | Page #2

File No. 2008-363,B JK

**IDENTIFICATION**

Borrower NA  Census Tract 104  Map Reference 66-To Be Det.
Property Address Lot 1, Louisa Road
City Keswick  County Albemarle  State VA  Zip Code 22974
Legal Description Lot 1 (2.33 ac) per attached survey
Sale Price $ NA  Date of Sale N/A  Loan Term ____ yrs.  Property Rights Appraised ☒ Fee ☐ Leasehold ☐ De Minimis PUD
Actual Real Estate Taxes $ To Be Det. (yr)  Loan charges to be paid by seller $ N/A  Other sales concessions
Lender/Client  Client: Laurie Pace  Address 6342 Louisa Rd, Keswick, VA 22974
Occupant Vacant Land  Appraiser James M. Kennedy  Instructions to Appraiser Provide Fair Market Value in a Summary Report.

**NEIGHBORHOOD**

| | | | | | | Good | Avg. | Fair | Poor |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban | ☒ Suburban | ☐ Rural | Employment Stability | | ☒ | ☐ | ☐ | ☐ |
| Built Up | ☐ Over 75% | ☒ 25% to 75% | ☐ Under 25% | Convenience to Employment | | ☒ | ☐ | ☐ | ☐ |
| Growth Rate | ☐ Fully Dev. ☐ Rapid | ☒ Steady | ☐ Slow | Convenience to Shopping | | ☐ | ☒ | ☐ | ☐ |
| Property Values | ☐ Increasing | ☒ Stable | ☐ Declining | Convenience to Schools | | ☐ | ☒ | ☐ | ☐ |
| Demand/Supply | ☐ Shortage | ☒ In Balance | ☐ Oversupply | Adequacy of Public Transportation | | ☐ | ☒ | ☐ | ☐ |
| Marketing Time | ☐ Under 3 Mos. | ☐ 4-6 Mos. | ☒ Over 6 Mos. | Recreational Facilities | | ☐ | ☒ | ☐ | ☐ |

Present Land Use 75% 1 Family ___% 2-4 Family ___% Apts. ___% Condo ___% Commercial  Adequacy of Utilities ☒
___% Industrial ___% Vacant 25% Vacant  Property Compatibility ☒
Change in Present Land Use ☒ Not Likely ☐ Likely (*) ☐ Taking Place (*)  Protection from Detrimental Conditions ☒
(*) From ____ To ____  Police and Fire Protection ☒
Predominant Occupancy ☒ Owner ☐ Tenant ___% Vacant  General Appearance of Properties ☒
Single Family Price Range $ 300 to $ 6M  Predominant Value $ 1.5 M  Appeal to Market ☒
Single Family Age New yrs. to 150+ yrs.  Predominant Age 50+ yrs.

Comments including those factors, favorable or unfavorable, affecting marketability (e.g. public parks, schools, view, noise): The market appeal of properties in this area has historically been good.  There is easy access to Charlottesville by way of Louisa Road (Route 22), proximity to employment is good and employment stability is good.  The neighborhood consists of a mix of styles of homes, many of which are older estate homes, or new custom designed properties.  The subject site size and setting should be attractive to this market segment.

**SITE**

Dimensions Per Survey, Attached = 2.33 Sq. Ft. or Acres ☐ Corner Lot
Zoning classification RA-Residential  Present Improvements ☒ do ☐ do not conform to zoning regulations
Highest and best use ☒ Present use ☐ Other (specify)

| | Public | Other (Describe) | OFF SITE IMPROVEMENTS | Topo Rolling/Slope/Good |
|---|---|---|---|---|
| Elec. | ☒ | | Street Access ☒ Public ☐ Private | Size Good/from Survey |
| Gas | ☐ | Private-Typical | Surface Macadam | Shape Good Utility |
| Water | ☐ | Well-Typical | Maintenance ☐ Public ☐ Private | View Wooded/Road/Good |
| San. Sewer | ☐ | Septic-typical | ☐ Storm Sewer ☐ Curb/Gutter | Drainage Appears Adequate |
| | | Underground Elect. & Tel. | ☐ Sidewalk ☐ Street Lights | Is the property located in a HUD Identified Special Flood Hazard Area? ☒ No ☐ Yes |

Comments (favorable or unfavorable including any apparent adverse easements, encroachments, or other adverse conditions): There are no apparent easements, encroachments or detrimental site conditions noted at time of inspection.

*The Extraordinary Assumptions are made that the subject site will be approved by Albemarle County, and then subdivided from the main parcel; the proposed access to the site is approved by the Virginia Department of Transportation; the site has an approved well and septic system.*

**MARKET DATA ANALYSIS**

The undersigned has recited three recent sales of properties most similar and proximate to subject and has considered these in the market analysis. The description includes a dollar adjustment reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to or more favorable than the subject property, a minus (-) adjustment is made thus reducing the indicated value of subject; if a significant item in the comparable is inferior or less favorable than the subject property, a plus (+) adjustment is made thus increasing the indicated value of the subject.

| ITEM | SUBJECT PROPERTY | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | Lot 1, Louisa Road Keswick/Albemarle County | TM 81-51D3; Campbell Road Keswick/Albemarle County | | TM 80-135A; Bunker Hill Road Keswick/Albemarle County | | TM 89-76H; Sweet Hollow Lane Red Hill/Albemarle County | |
| Proximity to Subject | | 1.32 miles | | 4.18 miles | | 18.63 miles | |
| Sales Price | $ NA | $ 162,500 | | $ 138,500 | | $ 110,000 | |
| Price | $ | $ | | $ | | $ | |
| Data Source | Inspection/Survey | MLS/Public Records | | MLS/Public Records | | MLS/Public Records | |
| | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Date of Sale and Time Adjustment | N/A | 4/14/2008 | | 7/14/2008 | | 1/31/2008 | |
| Location | Good | Superior | -32,500 | Superior | -27,700 | Good/Similar | |
| Site/View | Wooded/Main Road | Wooded/Superior | -16,250 | Wooded/Superior | -13,850 | Wooded/Superior | -11,000 |
| Size | 2.33 ac (proposed) | 3.79 ac | -16,250 | 2.70 ac | | 4.23 ac | -11,000 |
| Topography | Rolling/Slope/Good | Rolling/Slope/Good | | Rolling/Slope/Good | | Slope/Similar | |
| Shape | Irreg/Good | Irreg/Good | | Irreg/Good | | Irreg/Good | |
| Sales or Financing Concessions | | | | | | | |
| Net Adj. (Total) | | ☐ + ☒ − $ 65,000 | | ☐ + ☒ − $ 41,550 | | ☐ + ☒ − $ 22,000 | |
| Indicated Value of Subject | | Net 40.0 % $ 97,500 | | Net 30.0 % $ 96,950 | | Net 20.0 % $ 88,000 | |

Comments on Market Data: The search for sale went back 12 months in the MLS and Assessor's Records. The sales provided best represent building lot sales in the subject's market segment. Sale 1 is in a superior development and closer to town; Sale 2 is also closer to town. Sale 3 has a similar location appeal. The 10% view adjustments account for the Sales being off of a main road having superior settings.
Comments and Conditions of Appraisal: See attached Limiting Conditions addendum.
*The Extraordinary Assumptions are made that the subject site will be approved by Albemarle County, and then subdivided from the main parcel; the proposed access to the site is approved by the Virginia Department of Transportation; the site has an approved well and septic system.*

**RECONCILIATION**

Final Reconciliation: After considering the subject's characteristics and size, it's value is estimated toward Comparables 2 and 3. The photos and signatures provide in the report are original, digital reproductions. The signatures are password protected.

I ESTIMATE THE MARKET VALUE, AS DEFINED, OF SUBJECT PROPERTY AS OF 9/4/2008 to be $ 90,000

James M. Kennedy
Lic. No. 4001 000567

James M. Kennedy
Appraiser(s)  Review Appraiser (if applicable)  ☐ Did  ☐ Did Not Physically Inspect Property

[Y2K]  Kennedy & Associates (434)977-2805
Form LND — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**DEFINITION OF MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

> * Adjustments to the comparables must be made for special or creative financing or sales concessions.  No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions.  Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction.  Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:**  The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1.  The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it.  The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title.  The property is appraised on the basis of it being under responsible ownership.

2.  The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3.  The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area.  Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5.  The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6.  The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal.  Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent  conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7.  The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8.  The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9.  The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10.  The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent.  The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

---

Kennedy & Associates (434)977-2805
Form ACR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**    Lot 1, Louisa Road, Keswick, VA 22974

**APPRAISER:**

Signature: _____

Name:  James M. Kennedy

Date Signed: _____

State Certification #: _____

or State License #:  4001 000567

State:  VA

Expiration Date of Certification or License:  11/30/2009

**SUPERVISORY APPRAISER (only if required):**

Signature: _____

Name: _____

Date Signed: _____

State Certification #: _____

or State License #: _____

State: _____

Expiration Date of Certification or License: _____

☐ Did       ☐ Did Not Inspect Property

James M. Kennedy
Lic. No. 4001 000587
COMMONWEALTH OF VIRGINIA
LICENSED RESIDENTIAL REAL ESTATE APPRAISER

Form ACR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Location Map

| | |
|---|---|
| Borrower/Client   NA | |
| Property Address  Lot 1, Louisa Road | |
| City   Keswick    County   Albemarle    State   VA    Zip Code   22974 | |
| Lender    Client: Laurie Pace | |



# Survey Map



| | |
|---|---|
| Borrower/Client NA | |
| Property Address Lot 1, Louisa Road | |
| City Keswick    County Albemarle    State VA    Zip Code 22974 | |
| Lender    Client: Laurie Pace | |



| LINE | DIRECTION | DISTANCE |
|---|---|---|
| L1 | N 09°39'47" E | 75.81' |
| L2 | N 1°26'06" W | 68.88' |
| L3 | N 45°07'32" W | 37.11' |
| L4 | N 88°04'24" W | 50.68' |
| L5 | N 16°54'04" W | 35.54' |

STATE ROUTE 22

LOT 1
2.33 ACRES

TAX MAP 66 PARCEL 13
22.55 ACRES
−2.33 ACRES (LOT 1)
=20.22 ACRES (RESIDUE)

## Subject Photo Page

| | |
|---|---|
| Borrower/Client  NA | |
| Property Address  Lot 1, Louisa Road | |
| City  Keswick | County  Albemarle    State  VA    Zip Code  22974 |
| Lender    Client: Laurie Pace | |

### Subject Front



Lot 1, Louisa Road
| | |
|---|---|
| Sales Price | NA |
| Gross Living Area | 3,570 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | Good |
| View | Wooded/Main Road |
| Site | 22.549 Ac. |
| Quality | Good |
| Age | 100+/- |

### Subject Street

